Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000720
11-MAR-2019
09:10 AM

NO. CAAP-18-0000720

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHAEL H. FERREIRA, Claimant-Appellant/Appellant, v.
HILTON HAWAIIAN VILLAGE, LLC, Employer-Appellee/Appellee, and
SEDGWICK CMS-HAWAII, Insurance Carrier-Appellee/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-265; DCD NO. 2-11-00222)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal With Prejudice, filed March 6, 2019, by Claimant-Appellant/Appellant Michael H. Ferreira, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice, and to bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, March 11, 2019.


Presiding Judge


Associate Judge


Associate Judge